UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ESQUIVEL-CABRERA, <br><br> Plaintiff, <br><br> vs. <br><br> ZARAGOZA, et al., <br><br> Defendants. | 1:11-cv-00831-GSA-PC <br><br> ORDER DENYING MOTION FOR STAY OF DEPORTATION <br> (Doc. 10.) <br><br> ORDER FOR PLAINTIFF TO FILE STATUS REPORT WITHIN THIRTY DAYS |

**I.    BACKGROUND**

Roberto Esquivel-Cabrera ("Plaintiff"), is a federal prisoner proceeding pro se in this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971).  Plaintiff filed the complaint commencing this action on May 17, 2011, against defendants Zaragoza, Estrada, and Campos, for adverse conditions of confinement in violation of the Fifth and Eighth Amendments.  (Doc. 1.)

On June 1, 2011, Plaintiff consented to Magistrate Judge jurisdiction in this action, and no other parties have made an appearance. (Doc. 3.)  Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required.  Local Rule Appendix A(k)(3).

On July 6, 2011, Plaintiff filed a motion for a stay of his deportation.  (Doc. 10.)

///

## II. MOTION FOR STAY OF DEPORTATION

Plaintiff requests stay of his deportation to Mexico, arguing that he is innocent of the charges against him and was not provided effective assistance of counsel. The relief requested by Plaintiff is not available in this § 1983 action. The Court lacks jurisdiction to issue an order requiring a stay of deportation because the Court does not have such a case or controversy before it in this action. See Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985); City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982). Therefore, Plaintiff's motion for stay of deportation must be denied.

Plaintiff shall be required to file a status report in this action within thirty days, advising the Court of his status.

## III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for stay of deportation is DENIED;
2. Within thirty days, Plaintiff is required to file a status report in this action, advising the Court of his status; and
3. Should Plaintiff fail to comply with this order, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:   October 19, 2011                    /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE